**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2739

ROBERT J. MCCARTY,

Plaintiff - Appellant,

versus

TOGO D. WEST, JR., Secretary of the Army; DE-
PARTMENT OF THE ARMY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-98-903-A)

Submitted: April 15, 1999          Decided: April 21, 1999

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert J. McCarty, Appellant Pro Se. Major Thomas Mercer Ray, OF-
FICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert J. McCarty appeals the district court's order dismissing his action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McCarty v. West, No. CA-98-903-A (E.D. Va. Oct. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2